UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL ANDERSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HILLSDALE COLLEGE<br><br>Defendant. | No. 2:26-cv-01588<br><br>COMPLAINT—CLASS ACTION<br><br>JURY DEMAND |

**INTRODUCTION**

1. Plaintiff Carol Anderson brings this lawsuit against Hillsdale College for violations of the Commercial Electronic Mail Act ("CEMA"), RCW 19.190.060.

2. CEMA prohibits companies from sending commercial text messages to Washington residents without consent.

3. Anderson is a Washington resident. She received multiple commercial text messages from Hillsdale in July and December of 2024. She never gave permission for Hillsdale to send these messages.

4. Hillsdale's unsolicited spam was intrusive and annoying to Anderson.


The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

5. As the Ninth Circuit has noted, "Being deluged with 'spam' . . . text messages is the bane of modern life." *Borden v. eFinancial, LLC*, 53 F.4th 1230, 1231 (9th Cir. 2022).

6. To hold Hillsdale accountable for its illegal practices, Anderson brings this action individually and on behalf of a putative class of Washington residents similarly situated.

**JURISDICTION AND VENUE**

7. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1332(d) because this is a class action, the aggregate amount in controversy exceeds $5,000,000, Anderson and putative class members are citizens of Washington, and Hillsdale is a citizen of Michigan.

8. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a significant portion of the events giving rise to this lawsuit occurred in this District and Anderson resides in this District.

9. This Court has personal jurisdiction over Hillsdale. Due to Hillsdale's actions, its commercial text messages have been sent, without consent, to telephone numbers assigned to Washington residents and have harmed Washington residents. Anderson's claims arise out of Hillsdale's contacts with this forum. Due to Hillsdale's actions, Anderson received Hillsdale's commercial text messages in Washington and was harmed while in Washington. Hillsdale knows whether the people it sends messages to are Washington residents because their phone numbers have Washington area codes. Hillsdale knew that the messages to Anderson, and thousands of other Washington residents like her, were sent to phone numbers with a Washington area code. Thus, Hillsdale knew that its messages were being sent to Washington residents.

**PARTIES**

10. Plaintiff Carol Anderson is a natural person residing in Stanwood, Washington.

11. Defendant Hillsdale College is a Michigan Domestic Non-Profit Corporation with its principal place of business in Hillsdale, Michigan.



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

## FACTUAL ALLEGATIONS

12. Anderson is the sole user of the cell phone number 425-308-9616.

13. This is Anderson's only phone number.

14. Hillsdale College is a private college located in Hillsdale, Michigan.

15. On July 8, 2024, at 6:15 PM UTC, Hillsdale sent the following text message to Anderson from the number 517-258-7834:

i. "You have been selected by Hillsdale College to represent your state in a National Referendum on Religious Liberty. By completing this survey, you will help us more clearly understand the views of the American people on this critical issue. Your responses will help Hillsdale strengthen its nationwide educational outreach efforts on behalf of liberty-including religious liberty. Kevin, you can complete the National Referendum on Religious Liberty by using the secure link below: a-ction.us/3Hbetf Warm regards, Bill from Hillsdale College stop=end"

16. On July 10, 2024, at 4:06 PM UTC, Hillsdale sent the same message to Anderson again, this time from the phone number 517-258-7851.

17. On July 10, 2024, Anderson sent the message "STOP" to both numbers, and received a confirmation message from both reading "You have successfully unsubscribed."

18. Yet, on December 18, 2024, at 9:55 PM UTC, Anderson received another text message from Hillsdale, this time from the number 571-695-3194:

i. "Hi friend, it's Bill from Hillsdale College. I'm reaching out to you today because I'd like to send you your 2025 Hillsdale College calendar. Claim yours before December 31st by clicking on this secure link: us25.co/khkr44 stop=end"



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

19. Anderson received the exact same message a few minutes later at 9:59 PM UTC from the number 571-473-0464.

20. On December 19, 2024, Anderson received the following text message three separate times (at 7:04, 7:19, and 7:37PM UTC) from three different numbers (571-496-0199, 571-380-5178, and 571-496-0372):

i. "Hi friend, it's Bill from Hillsdale College. I hope you'll claim your 2025 Hillsdale College calendar so that when you use it next year, you'll remember how you can advance the important work of defending liberty through education. Your generosity reaches and teaches millions of Americans nationwide. You'll help enroll millions more Americans in free online courses, expand the readership of Imprimis, and restore excellence to K-12 education. Please show your support before December 31st to receive your 2025 Hillsdale College calendar by clicking the secure link below: us4.co/8hdwpe stop=end"

21. Anderson did not consent to receive these commercial text messages and has never done business with Hillsdale.

22. Anderson's phone number starts with the area code "425," which is a Washington area code. By sending the messages to a phone number with a Washington area code, Hillsdale purposefully intended to direct its messages to Washington.

23. The text messages Hillsdale sent are commercial text messages in violation of CEMA.

24. The messages offer a product (in this instance a calendar) in exchange for a sum of money.



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

25. In fact, the page that the URLs redirect to requires the user to give a sum of money in order to receive a calendar.[1]




26. And it includes a checkout section at the bottom, which is required to be filled out before the product is sent.[2]




---

[1] https://secured.hillsdale.edu/hillsdale/2025calendar?sc=01675A003QLWCDOTXES&utm_source=prospecting&utm_medium=mms&utm_campaign=calendar&utm_content=short_tma-Hi-C5-20241218

[2] *Id.*


The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

27. The text messages were "sent to further the growth or prosperity" of Hillsdale College. *See Aaland v. CRST Home Sols., LLC*, 35 Wash. App. 2d 501, 519, 575 P.3d 1279, 1288 (2025), *review denied*, 5 Wash. 3d 1032, 583 P.3d 19 (2026).

28. These messages are part of a broader campaign by Hillsdale to send commercial text messages to individuals who have not consented to receive them.

29. Hillsdale sends thousands of similar messages promoting products in exchange for donations. Below is a selection of messages others have reported to Anderson's counsel:

i. "Hillsdale: Claim your FREE DVD box set of 'American Citizenship and Its Decline' today by clicking on this secure link: gives1.com/v1pwm4 STOPtoEND"

ii. "Claim your FREE DVD box set of the online course from Hillsdale College: 'The Genesis Story' >> gives1.com/577c67 STOPtoEND"

iii. "Most people get WWII wrong. Victor Davis Hanson gets it right. Grab his DVD course before supplies run out >> gives1.com/qlnog0 STOPtoEND"

iv. "Victor Davis Hanson's WWII DVD course is in limited supply. Don't miss out-secure yours here >> gives1.com/xslihv STOPtoEND"

v. "We've turned our online course, 'The Great American Story: A Land of Hope' into a FREE DVD set, and I'd like you to have a copy. You'll learn an accurate account of America's history-both its triumphs and its failures. Your Free 'Great American Story' DVD set is perfect for your home library or to give as a gift. Understanding real American history is key to preserving liberty. Quantities are limited, so reserve your FREE copy today: gives1.com/qwjveq STOPtoEND"



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

vi. "[ALERT] Claim your 2026 Hillsdale College calendar before they're gone by tapping the secure link below. gives2.com/mp0yd7 STOPtoEND"

30. Despite claims in the messages that many of these products are free, they all similarly require a donation to be made in order for the product to be received, either on the same page or on a follow-up landing page after user information has been captured.

31. Indeed, many of the landing pages proclaim that the products are a "$100 value"[3] or that "'The Second World Wars' DVD box set can be yours with a tax-deductible gift of $100 or more to Hillsdale College."[4]

32. Therefore, Hillsdale's messages, despite purporting to offer free products, are in fact commercial text messages sent to sell products in exchange for money, in furtherance of the growth or prosperity of Hillsdale College.

33. Numerous complaints against Hillsdale online show that text messages like the kind Anderson received have become an epidemic:

i. "I keep getting multiple spam text messages from Hillsdale College. I have never asked for any information about any of their products or services. I keep blocked the phone numbers, but they keep sending me more unwanted texts from different numbers. They are a menace and I am sick of getting texts from them."[5] (February 2, 2026)

---

[3] *See* https://info.hillsdale.edu/free-american-citizenship-dvd?sc=00624A003QLE8DOTXES&utm_source=prospecting&utm_medium=mms&utm_campaign=citizenship_dvd&utm_content=v3_donor-bureau-db-hillsdale-db-hillsdale-cr76sms-003

[4] *See* https://secured.hillsdale.edu/hillsdale/support-the-second-world-wars?sc=00469N0242L15DODEES&utm_source=prospecting&utm_medium=sms&utm_campaign=secondworldwars_dvd&utm_content=donor-bureau-db-hillsdale-cr134sms-027

[5] *See* https://www.bbb.org/us/mi/hillsdale/profile/trade-publications/hillsdale-college-imprimis-0422-90029305/complaints



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

ii. "Ive received unsolicited text messages from this college for years. I have followed the instructions to stop sending me texts countless times, to no avail. I block them, but i get messages again from a new number a week later. What disgusting tactics!"[6] (February 2, 2026)

iii. "I have received numerous unsolicited text messages from different numbers associated with this place. I have blocked and reported every single text yet they continue to text me. STOP texting me!"[7] (December 30, 2025)

iv. "I receive text messages 2-3 times a week suggesting I buy their videos. I have never visited their website or campus, nor had I heard of them until I started receiving the texts about 3 months ago. I report as spam and block the number but get a new one within a few days."[8] (December 30, 2025)

v. "I began receiving myriad of texts from a Hillsdale College which I have never even heard of, attended, nor subscribed to that I was subscribed to a Victor Davis Hanson class and that I was to receive DVDs for. No idea who this person is nor did I sign up for any classes. I have repeatedly requested a cease and desist and yet they continue to flood my phone with these texts which takes up memory and is extremely bothersome to the point of harassment."[9] (December 18, 2025)

vi. "Constant spam text messages trying to make me click links from numbers in the format (571)-571-XXXX. I never signed up for any of their messages and don't live anywhere near this college."[10] (December 8, 2025)

---

[6] *Id.*
[7] *Id.*
[8] *Id.*
[9] *Id.*
[10] *Id.*



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

vii. "Hillsdale College or their affiliate is sending nearly daily unsolicited text messages to my phone, despite me being on the 'Do Not Call' national registry. I have never had any contact with Hillsdale, nor did I ever sign up or give them my number. They have sent 10 texts in 10 days pushing links to their offensive calendar, DVD box sets, and documentaries. They are texting from a different number each time to prevent me from blocking them, and they do not honor a response to 'STOP.'"[11] (December 3, 2025)

viii. "For the past few weeks I've been receiving unsolicited texts from many different numbers about Hillsdale college and a calender. I've spam blocked each phone number but I receive another text about the same thing. This is unacceptable. I have never nor would I have ever given my phone number to a right leaning fascist intuition. And I just read that they had a lawsuit against them for doing the same thing with spam emails. It is a nuisance and I want it stop."[12] (November 26, 2025)

ix. "I keep receiving spam text messages from Hillsdale College though I have requested they stop texting me and I have blocked their number. They pop back up using a different phone number wanting me to click a link for a free college calendar. This happens several times a month and I have grown weary for blocking them each time they show up."[13] (November 20, 2025)

x. "For years I have been getting 2-5 texts and calls an all hours of the day with surveys, adverts and other nonsense. Replying 'stop' doesn't stop the texts. They send them from spoofed phone numbers so blocking doesn't

---

[11] *Id.*
[12] *Id.*
[13] *Id.*


The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

work. I have to constantly check my phone because of job and being harassed by this company is unacceptable and probably waste 20 minutes a day dealing with their spam harassment campaign with no way to stop them."[14] (August 11, 2025)

xi. "For several months, I have received weekly text messages from numerous different numbers asking me to fill out a survey regarding Hillsdale College or sign-up for some kind of Hillsdale College calendar. Ive blocked each number, reported them as junk, but a new number is always regenerated to spam my phone with the same message claiming to be from Hillsdale College. I am sick of constantly having to block these numbers and would like this nuisance to end completely. Ive never inquired about this college, I didnt attend this college, Ive never even googled this college. The only thing Ive ever known about this institution is that they spam my phone with their incessant texts. Enough is enough."[15] (March 3, 2025)

xii. "Hillsdale College has repeatedly sent me unsolicited text messages trying to get me to donate money to them in return for a calendar. Today's message, received at 1:48 pm Mountain Standard Time is the third message this week. The messages keep coming in spite of me reporting the messages as junk. The phone number the latest message came from is REMOVED. This harassment needs to stop. I have enclosed a copy of the text that I pasted into an email."[16] (January 3, 2025)

---

[14] *Id.*
[15] *Id.*
[16] *Id.*



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

xiii. "I receive multiple texts EVERY day from this organization soliciting money. I have no idea how I was added to their list, but no matter what I do, I keep getting them and it is very annoying. I have replied STOP....still coming. I have blocked the numbers.....then they come from another number. How can I get them to STOP it?"[17] (December 27, 2024)

34. Much like Anderson's experience, these complaints show that sending "STOP" (as Hillsdale instructs) is not enough. Hillsdale has a pattern of knowingly sending unwanted commercial text messages from different phone numbers and ignoring stop requests.

35. Hillsdale's text messages are a nuisance and annoyance to Anderson and the Class members. The messages have invaded their privacy, diminished the value of their phones, and negatively impacted their enjoyment of life.

## LEGAL STANDARD

36. **Washington Commercial Text Messages.** "No person conducting business in the state may initiate or assist in the transmission of an electronic commercial text message to a Washington resident" unless the recipient has "clearly and affirmatively consented in advance." RCW 19.190.060(1), .070(1)(b).

37. **Washington Consumer Protection Act.** To establish a violation of Washington's CPA, five elements must be met: (1) an unfair or deceptive act or practice (2) in trade or commerce (3) that affects the public interest, and (4) caused (5) injury to plaintiff's business or property. *Hangman Ridge Stables, Inc. v. Safeco Title Ins. Co.*, 719 P.2d 531, 533 (Wash. 1986).

## CLASS ACTION ALLEGATIONS

38. Pursuant to Federal Rule of Civil Procedure 23, Anderson brings this action on behalf of all other persons similarly situated throughout the United States.

---

[17] *Id.*



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

39. Anderson seeks to represent the following Class:

> All Washington residents (1) who Hillsdale texted (2) without receiving their invitation or consent (3) within the last four years prior to the filing of this action through the date of class certification.

**NUMEROSITY**

40. Anderson does not know the exact number of class members but reasonably estimates the number to be in the thousands, thus making joinder of all class members impracticable.

41. Class members are identifiable through phone records and phone number databases.

**COMMONALITY**

42. There are questions of law and fact common to Anderson and the class, including but not limited to:

i. Whether Hillsdale sent the text messages at issue.

ii. Whether the text messages constitute commercial text messages.

iii. Whether Hillsdale had consent to send the text messages.

iv. Whether a violation of RCW 19.190.060 establishes all the elements of a claim under Washington's Consumer Protection Act, RCW 19.86 *et seq*.

**TYPICALITY**

43. Anderson's claims are typical of the claims of the class members. Her claims, like the class members' claims, arise out of the same common course of conduct by Hillsdale and are based on the same legal and remedial theories.



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

**ADEQUATE REPRESENTATION**

44. Anderson is an adequate representative of the class because her interests do not conflict with the interests of the class members, she will fairly and adequately protect the interests of the class members, and she is represented by counsel skilled and experienced in consumer class actions.

**PREDOMINANCE OF COMMON QUESTIONS**

45. Common questions of law and fact predominate over questions affecting only individual class members.

**SUPERIORITY**

46. Management of these claims is likely to present significantly fewer difficulties than are presented in many class actions because the damages are statutory. Notice to class members can be provided by mail or other means. Class treatment is superior to multiple individual suits or piecemeal litigation because it conserves judicial resources, promotes consistency and efficiency of adjudication, provides a forum for small claimants, and deters illegal activities. There will be no significant difficulty in the management of this case as a class action.

47. The likelihood that individual class members will prosecute separate actions is remote due to the time and expense necessary to prosecute an individual case.

**FIRST CAUSE OF ACTION**
**Violation of Washington's Commercial Electronic Mail Act**
**(On Behalf of Anderson and the Class)**

48. Washington's CEMA prohibits any person, as that term is defined in RCW 19.190.010(11), from initiating or assisting the transmission of an unsolicited commercial electronic text message to a Washington resident's cellular telephone.

49. Hillsdale is a "person" within the meaning of CEMA. RCW 19.190.101(11).


The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

50. Hillsdale sent one or more commercial text messages to Anderson and the Putative Class members' cellular telephones without their consent or invitation.

51. Hillsdale's acts and omissions violated RCW 19.190.060(1).

52. Anderson and the Class members are therefore entitled to injunctive relief in the form of an order enjoining further violations of RCW 19.190.060(1).

**SECOND CAUSE OF ACTION**
***Per Se* Violation of the Washington Consumer Protection Act**
**(On Behalf of Anderson and the Class)**

53. Anderson and Class members are "persons" within the meaning of the CPA. RCW 19.86.010(1).

54. Hillsdale violated the CEMA by sending unsolicited commercial electronic text messages to Anderson and Class members' cellular telephone or similar devices.

55. A violation of the CEMA establishes all five elements of Washington's Consumer Protection Act as a matter of law. RCW 19.190.100; RCW 19.190.060(2); *Wright v. Lyft*, 406 P.3d 1149, 1155 (Wash. 2017).

56. Hillsdale's violations of the CEMA are unfair or deceptive acts or practices that occur in trade or commerce under the CPA. RCW 19.190.100.

57. Hillsdale's unfair or deceptive acts or practices vitally affect the public interest and thus impact the public interest for purposes of applying the CPA. RCW 19.190.100; RCW 19.190.060(2).

58. Pursuant to RCW 19.190.040(1), damages to each recipient of a commercial electronic text message sent in violation of the CEMA are the greater of $500 for each such message or actual damages, which establishes the injury and causation elements of a CPA claim as a matter of law. *Lyft*, 406 P.3d at 1155.



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

59. Hillsdale engaged in a pattern and practice of violating the CEMA. As a result of Hillsdale's acts and omissions, Anderson and Class members have sustained damages, including $500 in statutory damages, for each and every text message that violates the CEMA. The full amount of damages will be proven at trial. Anderson and Class members are entitled to recover actual damages and treble damages, together with reasonable attorneys' fees and costs, pursuant to RCW 19.86.090.

## RELIEF REQUESTED

Anderson respectfully requests the Court grant the following relief:

A. Certification of the proposed Class;

B. Appointment of Anderson as class representative;

C. Appointment of the undersigned as lead counsel for the Class;

D. An award of damages to Anderson and class members, as allowed by law;

E. An award of fees, costs, and interest, as allowed by law;

F. Injunctive relief, as allowed by law; and

G. Orders granting such other relief as this Court deems necessary, just, and proper.

## JURY DEMAND

Anderson requests a jury trial as to all claims of the Complaint so triable.

*(Signatures to follow)*



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

DATED May 11, 2026

Respectfully submitted,

/s/ Thomas Alvord
Thomas Alvord, WSBA #61943
Reid Hudson, *Pro Hac Vice* forthcoming
The HQ Firm, P.C.
450 Alaskan Way S Suite 200 #1823
Seattle, WA 98104
Telephone: (385) 440-4127
Email: thomas@thehqfirm.com
Email: reid.hudson@thehqfirm.com

*Attorneys for Plaintiff*